UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:12-cv-243-BO

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OSVALDO LUIS ABREU, INDIVIDUALLY and d/b/a PASSION NIGHTCLUB; and PASSION NIGHTCLUB, INC., a business entity d/b/a PASSION NIGHTCLUB, <br><br> Defendants. | Second Entry of Default |

This matter, coming on before the undersigned Clerk of Court, upon Plaintiff J & J Sports Production, Inc.'s Second Motion for Entry of Default against Osvaldo Luis Abreu, individually and d/b/a Passion Nightclub; and Passion Nightclub, Inc., a business entity d/b/a Passion Nightclub, which was filed with the Court on March 11, 2013.

It appears that Defendants Osvaldo Luis Abreu, individually and d/b/a Passion Nightclub; and Passion Nightclub, Inc., a business entity d/b/a Passion Nightclub have neither filed an answer, nor responsive pleading and is subject to default as provided by Rule 55 of the Federal Rules of Civil Procedure.

THEREFORE, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, default is entered against Osvaldo Luis Abreu, individually and d/b/a Passion Nightclub; and Passion Nightclub, Inc., a business entity d/b/a Passion Nightclub.

This the 10th day of April 2013.

_Julie A. Richards_
Clerk