UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:12-cv-243-BO

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OSVALDO LUIS ABREU, INDIVIDUALLY and d/b/a PASSION NIGHTCLUB; and PASSION NIGHTCLUB, INC., a business entity d/b/a PASSION NIGHTCLUB, <br><br> Defendants. | JUDGMENT |

Default having been entered in this action on April 10, 2013 against Defendant Osvaldo Luis Abreu, Individually, and d/b/a Passion Nightclub; and Passion Nightclub, Inc, a business entity d/b/a Passion Nightclub hereinafter "Defendants"), and the motion for and declarations in support of default judgment having been filed on or about June 14, 2013, and having been served on the Defendants and notice given and no appearance by the Defendants having been made in person or in writing and all other requirements for entry of default judgment pursuant to Federal Rule Civil Procedure 55 having been certified to by Plaintiff's counsel, now therefore,

**IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT** be entered against Defendants and in favor of J&J Sports Productions, Inc. as follows:

a. For the violation of 47 U.S.C. §§ 605(e)(3)(B)(iii), (c)(i)(II) and (c)(ii):  $

b. For the Statutory Damages:   *11,012.50*   $

Total: *11,012.50*

Accordingly, **JUDGMENT IS ENTERED IN ACCORDANCE WITH THE FOREGOING IN THE SUM OF** $ *11,012.50*

**IT IS SO ORDERED:**

_____   Dated: *9-10-13*
The Honorable Terrence W. Boyle
United States District Court
Middle District of North Carolina

///